IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

EDDIE WHITEHEAD                                                   PLAINTIFF

VS.                           CIVIL ACTION NO. 5:23-cv-40-DCB-BWR

AUTOZONERS, LLC                                      DEFENDANTS

## AGREED FINAL ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the agreement of Plaintiff Eddie Whitehead and Defendant AutoZoners, LLC ("AutoZone") (collectively, "the Parties"). The Parties have advised the Court that they, in accordance with the terms and conditions of their confidential agreement, have reached a full and final settlement of all claims asserted in this action. Accordingly, the Parties request that the Court dismiss this action with prejudice. The Court expressly retains jurisdiction to enforce the Parties' confidential settlement agreement.

IT IS, THEREFORE, ORDERED, that this action is hereby dismissed with prejudice, with each party to bear its owns costs and attorneys' fees.

IT IS FURTHER ORDERED that the Court expressly retains jurisdiction to enforce the Parties' confidential settlement agreement.

**SO ORDERED AND ADJUDGED** this the  8th  day of  January , 2024.


                                                 s/David Bramlette
                                                 HON. DAVID C. BRAMLETTE
                                                 UNITED STATES DISTRICT JUDGE

#101906922v1

AGREED:

| | |
|---|---|
| */s/ Nick Norris* | */s/ Andrew S. Harris* |
| Nick Norris, Esq. (MB# 9053) | Andrew S. Harris (MSB #104289) |
| WATSON & NORRIS, PLLC | Jones Walker LLP |
| 4209 Lakeland Drive #365 | 3100 North State Street, Suite 300 |
| Flowood, MS 39232-9212 | Jackson, MS 39216 |
| Telephone: (601) 968-0000 | Telephone: (601) 949-4900 |
| Facsimile: (601) 968-0010 | Facsimile: (601) 949-4804 |
| nick@watsonnorris.com | aharris@joneswalker.com |
| **Attorney for Plaintiff** | And |

Tracy E. Kern (LA Bar No. 20246)
(Admitted *pro hac vice*)
Jones Walker LLP
201 St. Charles Avenue, 50th Floor
New Orleans, LA 70170
Telephone: (504) 582-8134
Facsimile: (504) 589-8134
tkern@joneswsalker.com

And

Laurie M. Riley (FL Bar No. 657751)
(Admitted *pro hac vice*)
Jones Walker LLP
201 South Biscayne Boulevard, Suite 3000
Miami, FL 33131
Telephone: (305) 679-5728
Facsimile: (305) 679-5816
lriley@joneswalker.com

**Attorneys for Defendant**